# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**U.S. BANK, NATIONAL ASSOCIATION,** As Trustee For The Holders Of
CSAB 2007-1,
Appellant,

v.

**RICHARD CLARKE** a/k/a **RICHARD C. CLARKE,** et al,
Appellee.

No. 4D17-145

[January 4, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 08-061787 CACE.

Shawn Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***